DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAMELA B. STUART,**
Appellant,

v.

**CATHERINE S. RYAN** and **DEBORAH A. STUART,**
Appellees.

No. 4D18-2388

[October 18, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312013CA001523.

Pamela B. Stuart, pro se.

Charles Douglas Vitunac of Collins, Brown, Barkett, Garavaglia, and Lawn, Chartered, Vero Beach, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH AND KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***